**ALIGHT SOLUTIONS**
PO Box 1495
Lincolnshire, IL 60069-1495

August 22, 2023

 V000025

CLERK UNITED STATES DISTRICT COURT
2609 U.S COURTHOUSE
601 MARKET STREET
PHILADEPHIA PA  19106

Re: JOHN WILLIAMS / Case # 22-84

To Whom It May Concern:

Alight Solutions, LLC processes garnishments for employees of Alight Solutions, LLC and their affiliates.

Please be advised we are unable to process the request to garnish/execute on the above party's wages without additional information for one or more of the following reasons:

1. No social security number / social insurance number and/or an incomplete social security number / social insurance number have been provided.

Review the information in your records and check for errors. Then provide the additional information such as the last 4 digits of the employee's social security number / social insurance number, copies of pay statements, employment application, driver's license, passport, or any other documentation that verifies employment with the company. Also submit a copy of the original order.

Please mail any additional information to Alight Solutions, 4 Overlook Point, 2S - 6, Lincolnshire, IL 60069.

We cannot impose a garnishment against the incorrect person or an exempt party; therefore we are required to reject this order until the additional information required to accurately and appropriately process the garnishment order is received.

If you need to escalate this matter or have questions in reference to this notification, please reach out to Alight Solutions Service Center at 1-866-417-7416 . The Service Center is available via phone between 8:00 a.m. to 4:30 p.m. Central Standard Time, Monday through Friday.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Services Team





**U.S. Department of Justice**

United States Attorney

*Eastern District of Pennsylvania*

Nicole Suarez  
Direct Dial: (215) 861-8352  
Facsimile: (215) 861-8618  
Email: Nicole.Suarez@usdoj.gov

615 Chestnut Street  
Suite 1250  
Philadelphia, Pennsylvania 19106-4476  
(215) 861-8200

July 18, 2023

**VIA CERTIFIED MAIL**  
**Return Receipt Requested**

Alight Solutions  
4 Overlook Point #4OP  
Lincolnshire, IL 60069

    Re:    United States v. John Williams  
            Criminal No. 5:22-84 (USDC E.D.Pa)

Dear Sir/Madam:

    With this letter, I serve upon you a Writ of Garnishment issued by the Court regarding the above-referenced case.

    Thank you for your assistance. Please call me if you have any questions.

                      Very truly yours,

                      JACQUELINE C. ROMERO  
                      United States Attorney

                      s/Nicole Suarez

                      NICOLE SUAREZ  
                      Paralegal Specialist  
                      Asset Recovery and Financial Litigation Section

Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 22-84 |
| JOHN WILLIAMS, and | : | |
| ALIGHT SOLUTIONS<br>4 Overlook Point #4OP<br>Lincolnshire, IL 60069, | : | |
| Garnishee. | : | |

O R D E R

AND NOW, this __14th__ day of _____July_____, 2023, upon consideration of the government's application pursuant to 28 U.S.C. § 3205(c) and 18 U.S.C. § 3613(a) requesting the Court to issue a Writ of Garnishment for purposes of collecting a financial judgment owed by the defendant in this case, for cause shown, the Court concludes that the application should be granted and the Writ should be issued, and, therefore, it is hereby

ORDERED that the Application of United States of America to Issue Writ of Garnishment (Doc. No. 19) is GRANTED; and it is further

ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment and Clerk's Notice of Writ of Garnishment and Request for Hearing Form; and it is further

000000000 09990-V000025

ORDERED that the Clerk of Court shall provide a certified copy of the Writ of Garnishment and Clerk's Notice of Writ of Garnishment and Request for Hearing Form to counsel for the government (Attn: Joseph F. Minni, AUSA).

/s/ Edward G. Smith, J.
**HONORABLE EDWARD G. SMITH**
**United States District Judge**

