

ALIGHT SOLUTIONS
PO Box 1495
Lincolnshire, IL 60069-1495

August 22, 2023

 A000643

CLERK UNITED STATES DISTRICT COURT
2609 U.S COURTHOUSE
601 MARKET STREET
PHILADEPHIA PA  19106

To Whom It May Concern:

Re: / Case # 22-84

The enclosed correspondence is being sent to your office in response to documentation received by Alight Solutions, LLC.

We process wage withholding orders and levies on behalf of Alight Solutions, LLC. If you need assistance or have additional questions, please reach out via Alight Solutions Service Center at 1-866-417-7416 .

Please mail any additional information to Alight Solutions, 4 Overlook Point, 2S - 6, Lincolnshire, IL 60069.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Service Team
Enclosures



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                               :  Criminal No. 22-84

JOHN WILLIAMS, and               :

ALIGHT SOLUTIONS
4 Overlook Point #4OP
Lincolnshire, IL 60069,

            Garnishee.

> Please note we are unable to process the document as incomplete social security number is provided. Request you to resubmit the complete document with required information to accurately and appropriately process the garnishment order.

## ANSWER OF GARNISHEE

I, _____NA_____, pursuant to 28 U.S.C. § 1746(2), hereby certify the following:

1. I am _____NA_____ of Garnishee. On _____NA_____, 2023, the Garnishee was served with the Writ of Garnishment issued in this case.

2. The Garnishee has custody, control or possession of the following property in which the defendant maintains an interest, as described below:

| DESCRIPTION OF PROPERTY | APPROXIMATE VALUE OF PROPERTY | DESCRIPTION OF DEFENDANT'S INTEREST IN PROPERTY |
|---|---|---|
|  | NA |  |
|  |  |  |
|  |  |  |



3. Garnishee anticipates owing to the defendant in the future the following amounts:

| AMOUNT OWED TO DEFENDANT | APPROXIMATE DATE OR PERIOD DUE |
|---|---|
| NA | |
| | |
| | |

4. Have there been previous garnishments in effect for the defendant?

☐ NO.

☐ YES. Please explain: NA

5. Check the applicable line below if you deny that you hold property subject to this Writ of Garnishment.

☐ Garnishee makes the following claim of exemption on the part of the defendant: NA

☐ Or, Garnishee has the following objections, defenses, or set-offs to the government's right to apply garnishee's indebtedness to the defendant upon the government's claim: NA

- 2 -

000000000 09990-A000643

☐ Garnishee has in no manner and upon no account been indebted or under liability to the defendant, and that the garnishee has not possessed or controlled any property belonging to the defendant.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS __18__ DAY OF _____August_____, 2023.

                                          __Alight Solutions, LLC__
                                          GARNISHEE

> **Please note we are unable to process the document as incomplete social security number is provided. Request you to resubmit the complete document with required information to accurately and appropriately process the garnishment order.**





PRESORTED
FIRST CLASS




RECEIVED
AUG 28 2023
BY:

**Important benefits information enclosed**


