

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 22-84 |
| JOHN WILLIAMS, and | : |
| RTX CORPORATION<br>10 Farm Springs Road<br>Farmington, CT 06032 | : |
| | : |
| Garnishee. | : |

## ANSWER OF GARNISHEE

I, __Francisco Cebada_____, pursuant to 28 U.S.C. § 1746(2), hereby certify the following:

1. I am __Associate General Counsel_____ of Garnishee. On __11/26/2024_____, ~~2023~~, the Garnishee was served with the Writ of Garnishment issued in this case.

2. The Garnishee has custody, control or possession of the following property in which the defendant maintains an interest, as described below:

| DESCRIPTION OF PROPERTY | APPROXIMATE VALUE OF PROPERTY | DESCRIPTION OF DEFENDANT'S INTEREST IN PROPERTY |
|---|---|---|
| RTX Savings Plan, a 401(k) plan | $207,164.00 (as of 11/29/2024) | 100% vested in individual account balance |
| | | |
| | | |

3. Garnishee anticipates owing to the defendant in the future the following amounts:

| AMOUNT OWED TO DEFENDANT | APPROXIMATE DATE OR PERIOD DUE |
|---|---|
| N/A | N/A |
|  |  |
|  |  |

4. Have there been previous garnishments in effect for the defendant?

☒ NO.

☐ YES. Please explain: The above answer is based on currently available payroll records. Because the defendant's employment with Garnishee terminated in 2020, we are unable to confirm whether the defendant was subject to any garnishments prior to termination of the defendant's employment.

5. Check the applicable line below if you deny that you hold property subject to this Writ of Garnishment.

☐ Garnishee makes the following claim of exemption on the part of the defendant: _____

☐ *Or*, Garnishee has the following objections, defenses, or set-offs to the government's right to apply garnishee's indebtedness to the defendant upon the government's claim: _____

☐ Garnishee has in no manner and upon no account been indebted or under liability to the defendant, and that the garnishee has not possessed or controlled any property belonging to the defendant.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS __6__ DAY OF __December, 2024__, 2023.

_____
GARNISHEE

# CERTIFICATE OF SERVICE

I, __Francisco Cebada__, hereby certify that a copy of the foregoing Answer of Garnishee was served by first-class mail to the following:

Joseph F. Minni
Assistant United States Attorney 615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

Catherine C. Henry
Assistant Federal Defender
The Curtis, Suite 540 West
601 Walnut Street
Philadelphia, PA 19106

with the Original mailed to:

Clerk, United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106.

_____
GARNISHEE

Date: __12/06/2024__

# ATTACHMENT TO ANSWER OF GARNISHEE

You must mail the original Answer to:

> Clerk, United States District Court
> 2609 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA 19106,

and you also must mail a copy of the Answer to counsel for the United States of America:

> Joseph F. Minni
> Assistant United States Attorney
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106-4476

and to the defendant:

> Catherine C. Henry
> Assistant Federal Defender
> The Curtis, Suite 540 West
> 601 Walnut Street
> Philadelphia, PA 19106.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 22-84 |
| JOHN WILLIAMS, and : | |
| RTX CORPORATION : | |
| 10 Farm Springs Road | |
| Farmington, CT 06032 : | |
| Garnishee. : | |

## INSTRUCTIONS TO GARNISHEE

To: RTX Corporation

NOTICE IS HEREBY GIVEN to the above-named defendant and garnishee that the Court issued a Writ of Garnishment based upon a judgment entered against the defendant on March 2, 2023, and the Writ was served upon the garnishee. It is believed that the garnishee may have in its custody, possession or control property belonging to the defendant. In accordance with 28 U.S.C. § 3205(c)(3)(A), the United States serves the following instructions upon the garnishee along with a copy of the Writ of Garnishment.

1. Enclosed is a copy of a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody, or control any of the property of the defendant listed therein, or any other property of the defendant.

2. You are required by law to serve a written answer to this Writ within ten days of service of the Writ. You are further required by law to withhold and retain any property in which the defendant has a substantial non-exempt interest pending the issuance of a final Order in this matter. **Do not send any funds or other property subject to garnishment to the united states attorney's office at this time**. Federal law requires you to withhold funds or other property subject to garnishment pending the issuance of a final Order by the Court. You will be notified by this office when the Court issues a final Order in this matter, and this office will provide you written instructions regarding how to forward garnishment payments to this office.

3. If you fail to answer the Writ or withhold property as directed by the Writ, the Court may determine that you are liable for the amount of the defendant's non-exempt property which you fail to withhold. Also, you may be responsible for reasonable attorney's fees to the United States if the United States files a petition with the Court requesting you to explain your failure to comply with the Writ.

4. For your convenience, we have enclosed a form answer with these instructions for your use, if you choose to use it. If you use the enclosed form answer, please complete all responses in full, and send the original copy to the Clerk of Court. You also must send copies of your answer to the United States Attorney's Office and the defendant.

If you have additional questions concerning this procedure, you may contact Assistant United States Attorney Joseph F. Minni at (215) 861-8200, or by mail at 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476. However, the United States Attorney's Office cannot provide you with legal advice regarding this matter. If you believe that you require legal advice, you should contact an attorney. If you are unsure of how to proceed, you may want to consult an attorney.

JACQUELINE C. ROMERO
United States Attorney

*Joseph F. Minni*

JOSEPH F. MINNI
Assistant United States Attorney

Date: November 26, 2024



RTX
10 Farm Springs Road
Farmington, CT 06032
US

Retail  

19106

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
FARMINGTON, CT 06032
DEC 06, 2024

**$0.00**

S2324K500135-02

  



Clerk, United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106



RECEIVED
DEC 10 2024