# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **Criminal No. 22-84** |
| **JOHN WILLIAMS, and** | **:** | |
| **RTX CORPORATION**<br>**10 Farm Springs Road**<br>**Farmington, CT 06032,** | **:** | |
| | **:** | |
| **Garnishee.** | **:** | |

## GARNISHMENT ORDER

AND NOW, upon consideration of the government's motion pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3205(c)(7) requesting the Court to enter an Order directing the above named garnishee as to the disposition of property subject a Writ of Garnishment issued in this case, and, for the reasons set forth in the motion, the Court finds the following:

1.  On July 14, 2023, the Court granted the government's application pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3205 and issued a Writ of Garnishment seeking any substantial non-exempt property belonging to or due the defendant that was held by the garnishee named at that time, Alight Solutions. As required by the rules, the government thereafter served the Writ upon the garnishee.

2.  Alight Solutions thereafter responded to the Writ claiming that it was unable to identify any property belonging to the defendant, namely, the defendant's retirement savings plan, that was in its custody, possession, or control. After

subsequent communications among the government and representatives from Alight Solutions and RTX Corporation, it was determined that RTX Corporation was the proper garnishee in this matter.

3. On November 21, 2024, the Court approved a Stipulation that substituted RTX Corporation as garnishee in this matter in which RTX Corporation also assumed all rights and responsibilities of the Garnishee under the Writ (ECF 30).

4. In accordance with the rules, on or about December 10, 2024, RTX Corporation submitted its answer to the Writ indicating that it was in the custody, possession or control of the defendant's property. Specifically, RTX Corporation indicated that it held the defendant's RTX Retirement Savings Plan (a 401(k) Plan), having a value of $207,164.00 as of November 29, 2024 (ECF 32). The garnishee also served a copy of the answer upon counsel for the defendant.

5. Also as required by the rules, on November 26, 2024, the government served a copy of the Writ of Garnishment, Clerk's Notice and Request for Hearing Form, Order Granting Application for Writ of Garnishment, and instruction form upon the defendant, through counsel (ECF 31).

6. Pursuant to a previous Stipulation with the government that was approved by the Court, the defendant agreed to liquidate his RTX Retirement Savings Plan and also pay $500 per month in restitution (ECF 29).

7. To date, the defendant has not filed any response or objection to the writ, nor has the defendant raised any claim that his property is exempt from the garnishment, and the statutory time period to do so has expired.

8.     28 U.S.C. § 3205(c)(7) provides that, "[a]fter the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property."

9.     The Court concludes that it should grant the government's motion and enter an Order directing the garnishee as to the disposition of the defendant's interest in the property subject to the Writ.

NOW, THEREFORE, it is hereby ORDERED that the Motion of the United States of America for Entry of Garnishment Order is GRANTED; and it is further

ORDERED that, pursuant to 28 U.S.C. Section 3205(c)(7), the garnishee shall forthwith liquidate in a commercially reasonable manner all accounts and assets owned by the defendant in its possession, custody, and control and remit to the Clerk of Court all proceeds obtained from the liquidation of the defendant's property as payment for the criminal monetary penalties imposed in this case; and it is further

ORDERED that the garnishee shall forward its payment by check, money order, bank check, certified funds, or electronic funds transfer, payable to the "Clerk, U.S. District Court," to the Clerk, United States District Court, Attn: Financial Manager, 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797. The garnishee also shall reference with its payment the case name and number listed above; and it is further

ORDERED that the Clerk of Court shall provide a certified copy of this Order to counsel for the government (Attn: Joseph F. Minni, Assistant U.S. Attorney) for service upon the garnishee.

2/19/25
**Date**

/s/ Jeffrey L. Schmehl
**HONORABLE JEFFREY L. SCHMEHL**
**United States District Judge**